## GARRETT, ET AL. V. WILSON.

(Decided June 30, 1908.)

APPAL from Conecuh Chancery Court.

Heard before Hon. L. D. GARDNER.

Hamilton & Crumpton, and A. O. Lane, for appellant. Rabb & Page, and Fitts, Leigh & Leigh, for appellee.

Per curiam. Appeal dismissed because not taken within 30 days.